AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Eastern DISTRICT OF Kentucky

USA
V.
Eduardo Rios-Cruz, Gregorio Rios-Cruz, Damian Hernandez-Cruz

**EXHIBIT AND WITNESS LIST**

Case Number: 5:25-mj-5439-MAS; 25-mj-5440-MAS; 25-mj-5441-MAS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Matthew A. Stinnett | Francisco J. Villalobos, II | Nicholas Nash, Adele Burt Brown, Whitney Lawson |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 10/31/2025 PH/DH | Audio File | Samantha Howard |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| x | | 10/31/2025 | | | WITNESS: Special Agent Brian Caudill, DEA |
| Exh 1-3 | | 10/31/2025 | x | x | Photos of guns found in back of pickup truck |
| Exh 4 | | 10/31/2025 | x | x | Photos of Identification Cards from Mexico |
| Exh 5 | | 10/31/2025 | x | x | Photo of Defendant Gregorio Rios-Cruz carrying firearm |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages